**No. 56532.**—Gordon Fabrics Co. and Schlesinger & Gintel, Inc. v. United States, protests 149008–K and 145439–K (New York).

Opinion by FORD, J. It was stipulated that certain items of the involved merchandise consist of woven fabrics in the piece, wholly of silk, bleached, and valued at more than $5.50 per pound, the same in all material respects as those passed upon in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). The claim of the plaintiffs was therefore sustained.

BEFORE THE THIRD DIVISION, APRIL 3, 1952

**No. 56533.**—Belgard & Frank, Inc., et al. v. United States, protests 153121–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.